IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| CHARLES THOMAS, JR., | : |
|     Plaintiff, | : Civil No. 20-cv-01457-JMG |
| | : |
| v. | : |
| | : |
| JUSTIN LIGUORI *et al.* | : |
|     Defendants. | : |

_____

**ORDER**

**AND NOW**, this 4th day of August, 2020, the Court having ordered Plaintiff to Show Cause why the Court should not dismiss his claim against Defendant Wawa without prejudice for lack of timely and effective service of the Summons and Complaint upon it as is required by Rule 4 of the Federal Rules of Civil Procedure, *see* ECF No. 11, and Plaintiff's Counsel having filed a Motion to Extend Time for Service of Complaint, *see* ECF No. 12, and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED as follows:**

(1) The Order to Show Cause, ECF No. 11, is **DISSOLVED**.

(2) Plaintiff's Motion to Extend Time for Service of Complaint, ECF No. 12, is **GRANTED**. Plaintiff, Charles Thomas, Jr., shall have an additional **sixty (60) days** to effect proper service on Defendant Wawa.

(3) The Clerk's Office is **DIRECTED** to reissue the Summons as to Defendant Wawa.

(4) Plaintiff shall file proof of proper service of the Summons and Complaint on Defendant Wawa on or before **October 5, 2020**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge