**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| CHARLES THOMAS, JR., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:20-cv-01457-JMG |
| | : | |
| JUSTIN LIGUORI *et al.*, | : | |
| Defendants. | : | |

_____

**ORDER**

**AND NOW,** this 13th day of July, 2022, after consideration of Defendants' Motion for Summary Judgment (ECF No. 66), Plaintiff's Response in Opposition to the Motion for Summary Judgment (ECF No. 69), any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion, it is **HEREBY ORDERED** that the Motion (ECF No. 66), is **GRANTED IN PART** and **DENIED IN PART** as follows:

1.  The motion is **GRANTED** for Count Six of the Second Amended Complaint and for Count Five as to Officers Cornelius, Lollis, Ocetnik, and Herncane.

2.  The motion is **DENIED** for Counts One, Two, Three, and Four of the Second Amended Complaint and for Count Five as to Officer Liguori.

BY THE COURT:

_/s/ John M. Gallagher_____
JOHN M. GALLAGHER
United States District Court Judge